**MCGUIREWOODS LLP**
David C. Powell (SBN 129781)
dpowell@mcguirewoods.com
Alexander J. Gershen (SBN 291929)
agershen@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

Benjamin J. Sitter (SBN 273394)
bsitter@mcguirewoods.com
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Telephone: 412.667.6000
Facsimile: 412.667.7991

*Attorneys for Defendant JPMorgan
Chase Bank, N.A.*

Robins Kaplan LLP
Michael F. Ram, Bar No. (104805)
MRam@RobinsKaplan.com
Susan S. Brown, Bar No. (287986)
SBrown@RobinsKaplan.com
2440 W El Camino Real, Suite 100
Mountain View, CA 94040
Telephone: 650 784 4040
Facsimile: 650 784 4041

*Attorneys for Plaintiff Monica Chandler*
Harold Mitchell Jaffe
hmjaffe@gmail.com
11700 Dublin Blvd
Dublin, CA 94568
510-452-2610

*Attorney for Plaintiff Susan McShannock*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| Susan McShannock, as Executrix of the Estate of Patricia Blaskower, on behalf of the Estate of Patricia Blaskower and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A. dba Chase Bank,<br><br>       Defendant. | Case No. 3:18-cv-01873-EMC |
| Monica Chandler as Trustee of the Chandler Family Trust, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.; and DOES 1 through 10, inclusive,<br><br>       Defendant. | Case No. 3:18-cv-02735-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES AND PERMITTING FILING OF CONSOLIDATED COMPLAINT** |

This Stipulation is entered into by plaintiffs Susan McShannock, as Executrix of the Estate of Patricia Blaskower, and Monica Chandler, as trustee of the Chandler Family Trust, (collectively "Plaintiffs"), and defendant JPMorgan Chase Bank, N.A. by and through their respective counsel;

WHEREAS, the *McShannock* complaint was filed on March 27, 2018;

WHEREAS, the *Chandler* complaint was filed on May 9, 2018;

WHEREAS, Plaintiffs have served Defendant in both actions;

WHEREAS, Defendant filed a motion to dismiss the complaint in the *McShannock* case on May 21, 2018;

WHEREAS counsel for the parties have conferred, and the parties are in agreement that the *Chandler* action should be consolidated with the *McShannock* action for all purposes because the cases involve similar complaints and common questions of law or fact, and because consolidation would advance the interests of judicial economy; and

WHEREAS, Plaintiffs intend to file a consolidated complaint, once the cases are consolidated.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiffs and Defendant that:

1.  The Court has ruled that the following are related cases within the meaning of Local Civil Rule 3-12(a):

    a.  *Susan McShannock, v. JPMorgan Chase Bank, N.A.*, Case No. 3:18-cv-01873-EMC; and

    b.  *Monica Chandler v. JPMorgan Chase Bank, N.A.*, Case No. 3:18-cv-02735-EMC.

2.  Pursuant to Federal Rule of Civil Procedure 42(a)(2), the above-captioned actions are hereby consolidated for all purposes into one action.

3.  These actions shall be referred to here as the "Consolidated Actions." The Master Docket and Master File for the Consolidated Actions shall be Civil Action No. 3:18-cv-01873-EMC.

4.  Upon consolidation of these actions, the Clerk shall administratively close Case No. 3:18-cv-02735-EMC.

5.     Every pleading in the Consolidated Actions shall bear the following caption:

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

_____)

IN RE JPMORGAN CHASE ESCROW INTEREST CASES     ) Case No. 3:18-cv-01873

_____)

6.     Defendant has no obligation to respond to the current Complaints.   Defendant's motion to dismiss the *McShannock* Complaint shall be taken off calendar as moot.   The case management conference currently scheduled for June 28, 2018 shall be rescheduled to another date convenient for the Court.

7.     The Plaintiffs shall file a Consolidated Complaint on or before July 2, 2018. Defendant shall respond to the Consolidated Complaint on or before August 2, 2018.

This stipulation is without prejudice to any other rights that any party may have.


DATED:  June 4, 2018                         By: */s/ Michael F. Ram* _____
                                                   Michael F. Ram (104805)
                                                   Susan S. Brown (287986)
                                                   ROBINS KAPLAN LLP
                                                   2440 W El Camino Real
                                                   Suite 100
                                                   Mountain View, CA  94040
                                                   Telephone: 650-784-4040

                                                   Samuel J. Strauss
                                                   sam@turkestrauss.com
                                                   Turk & Strauss LLP
                                                   613 Williamson Street #201
                                                   Madison, WI 53703
                                                   Telephone: 608-237-1775
                                                   Facsimile: 608-509-4423

                                                   *Attorneys for Plaintiff Monica Chandler*

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES
AND PERMITTING FILING OF CONSOLIDATED COMPLAINT

DATED: June 4, 2018    By: /s/ Harold Mitchell Jaffe
                            Harold Mitchell Jaffe
                            hmjaffe@gmail.com
                            11700 Dublin Blvd
                            Dublin, CA 94568
                            510-452-2610

                            *Attorney for Plaintiff Susan McShannock*

DATED: June 4, 2018    By: /s/ David C. Powell
                            David C. Powell
                            Alexander J. Gershen
                            McGuireWoods LLP
                            Two Embarcadero Center, Suite 1300
                            San Francisco, CA 94111
                            (415) 844-9944
                            Fax: (415) 844-9922
                            Email: dpowell@mcguirewoods.com

                            Benjamin J. Sitter
                            McGuireWoods LLP
                            Tower Two-Sixty
                            260 Forbes Avenue
                            Suite 1800
                            Pittsburgh, PA 15222
                            412-667-7904
                            Fax: 412-667-7991

                            *Attorneys for Defendant*

## [PROPOSED] ORDER

The above stipulation having been considered and good cause appearing therefore,

**IT IS SO ORDERED.** C18-1873 EMC and C18-2735 EMC are consolidated. All future filings shall be filed under C18-1873 EMC. 6/13/18 CMC is reset to 9/6/18 at 9:30 a.m. Joint CMC statement due 8/30/18.

DATED: 6/5/18 _____    _____
                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA

1

# **FILER'S ATTESTATION**

2       Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that

3  all parties have concurred in the filing of this Stipulation and [Proposed] Order Consolidating Cases

4  for All Purposes and Permitting Filing of Consolidated Complaint.

5       This the 4th day of June, 2018.

6

7

8                              By: */s/ David C. Powell*
                                    David C. Powell
9                                   Attorney for JPMorgan Chase Bank, N.A.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 4, 2018, a copy of the foregoing pleading was filed electronically with the clerk of court via ECF, which will serve all counsel of record, and served via First-Class Mail to any party not filing ECF, postage prepaid.

This the 4th day of June, 2018.


By: */s/ David C. Powell*
    David C. Powell
    Attorney for JPMorgan Chase Bank, N.A.