UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MCSHANNOCK, et al., | Case No. 18-cv-01873-EMC |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| JP MORGAN CHASE BANK N.A., | |
| Defendant. | |

On January 19, 2021, the Court issued its Order Re Dismissal (*see* Order, Docket No. 120). Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: January 19, 2021

EDWARD M. CHEN
United States District Judge